| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Yvette Mallory<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–5222 |
| | | EIN: | __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 7    3/2/24 |
| Case number: | 24–00066–ELG | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/22

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Yvette Mallory | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2106 Savannah Terrace SE, Apt. D<br>Washington, DC 20020 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012 | Contact phone 301–444–4600<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Wendell W. Webster<br>Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036 | Contact phone 202–659–8510<br>Email _____ |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Yvette Mallory**                                                                                                  Case number **24−00066−ELG**

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open 9:00am – 4:00pm<br><br>Contact phone (202) 354−3280<br><br>Date: 3/4/24 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 11, 2024 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Check also www.dcb.uscourts.gov, then under Court Information, Hearings/341 Calendar. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 328 696 7360, and Passcode 0339774474, OR call 1 202−987−9138**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007−1. | | |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/10/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**                page **2**

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00066-ELG

Yvette Mallory  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 | User: admin | Page 1 of 3
Date Rcvd: Mar 04, 2024 | Form ID: 309A | Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette Mallory, 2106 Savannah Terrace SE, Apt. D, Washington, DC 20020-2100 |
| tr | + | Wendell W. Webster, Wendell W. Webster, Trustee, 1101 Connecticut Avenue, NW, Suite 402, Washington, DC 20036-4303 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 776098 | | Elizabeth River Tunnels, CCS PO Box 710, Norwood, MA 02062 |
| 776099 | + | Equity Management II LLC, 2106 Savannah Terr SE #D, Washington, DC 20020-2100 |
| 776104 | + | GWU Medical Faculty Associates, PO Box 392187, Pittsburgh, PA 15251-9187 |
| 776100 | | George Washington University Hospital, Attn: Customer Service/ Correspondence S, UHS Atlantic Region Central Business Off, Richmond, VA 23227 |
| 776115 | + | Unity Health Care Inc, PO Box 43564, Washington, DC 20010-9564 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Mar 04 2024 22:02:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012 |
| smg | ^ | MEBN | Mar 04 2024 21:58:48 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 04 2024 22:02:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 04 2024 22:02:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 776090 | + | EDI: AARGON.COM | Mar 05 2024 03:03:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 776094 | + | EDI: CCS.COM | Mar 05 2024 03:03:00 | CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 776092 | + | EDI: CAPITALONE.COM | Mar 05 2024 03:03:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 776093 | + | EDI: CAPONEAUTO.COM | Mar 05 2024 03:03:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 776095 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 04 2024 22:02:00 | Credit Acceptance Corp, Attn: Bankruptcy, 25505 West 12 Mile Road Ste. 3000, Southfield, MI 48034-8331 |
| 776096 | + | EDI: DCGOVT | Mar 05 2024 03:03:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |

Case 24-00066-ELG   Doc 8   Filed 03/06/24   Entered 03/07/24 00:05:35   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2024 | Form ID: 309A | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 776096 | + | Email/Text: angela.coleman@dc.gov | Mar 04 2024 22:02:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776101 | + | Email/Text: notificationemail.atlcbo@uhsinc.com | Mar 04 2024 22:02:00 | George Washington University Hospital, 900 23rd St NW, Washington, DC 20037-2342 |
| 776106 |   | EDI: IRS.COM | Mar 05 2024 03:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 776108 | ^ | MEBN | Mar 04 2024 21:58:48 | JP RMP, PO Box 16749, Rocky River, OH 44116-0749 |
| 776107 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Mar 04 2024 22:02:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd., Suite 200, Twinsburg, OH 44087-1900 |
| 776109 |   | Email/Text: govtaudits@labcorp.com | Mar 04 2024 22:02:00 | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216 |
| 776110 |   | Email/Text: Bankruptcy@medstar.net | Mar 04 2024 22:02:00 | MedStar Health, PO Box 411019, Boston, MA 02241 |
| 776111 |   | Email/Text: EBN@Mohela.com | Mar 04 2024 22:02:00 | Mohela/ Department of Education, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 776112 | + | EDI: NFCU.COM | Mar 05 2024 03:03:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 776113 | + | Email/Text: Bankruptcy_General@pepco.com | Mar 04 2024 22:02:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |
| 776114 | + | EDI: SYNC | Mar 05 2024 03:03:00 | Synch/ Car Care Bruneel, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 776091 |   | Astound Broadband, Powered by RCN |
| 776102 |   | GW Medical Fac. Assoc |
| 776103 |   | GW Medical Fac. Assoc. |
| 776097 | *+ | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776105 | *+ | GWU Medical Faculty. Associates, PO Box 392187, Pittsburgh, PA 15251-9187 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2024 | Form ID: 309A | Total Noticed: 28 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Yvette Mallory mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 3