**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Yvette Mallory**<br>**Debtor** | **Case No. 24-00066-ELG**<br><br>**Chapter 7** |

### ORDER TO SHOW CAUSE

On 03/04/2024, the Court entered the Notice of Requirement to File Certification About A Financial Management Course (Official Form B 423) (ECF No.7). The Debtor(s) having failed to file the Certification About A Financial Management Course (Official Form B 423), it is ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **07/10/2024 at 9:30AM in Courtroom 1 and via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be closed without a discharge.

For the Court:
Angela D. Caesar
BY: CA

Copies to: Recipients of electronic notifications; Debtor; appointed trustee