# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br> Yvette Mallory <br> **Debtor(s)** <br><br> * * * * * * * * <br><br> Capital One Auto Finance, a division of Capital One, N.A. <br><br> Movant <br><br> Yvette Mallory - Debtor <br> Wendell W. Webster - Chapter 7 Trustee <br><br> Respondents | CASE NO.: 24-00066-ELG <br> (Chapter 7) |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN that the Preliminary Hearing on the Motion for Relief from the Automatic Stay and to reclaim property filed by Capital One Auto Finance, a division of Capital One, N.A. with regard to one 2016 Acura TLX Sedan 4D 3.5L V6 will be scheduled pursuant to 11 U.S.C. §362 for July 31, 2024 at 9:30 A.M. before The Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, by video conference

NOTICE IS ALSO GIVEN that the Court may, at the time hereinabove scheduled, combine the preliminary hearing with the final hearing pursuant to 11 U.S.C. §362(e).

DATED: July 2, 2024,                     Respectfully submitted:

*/s/ Michael J. Klima, Jr.*
Michael J. Klima, Jr.
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Capital One Auto Finance, a division of Capital One, N.A.