**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>Yvette Mallory<br><br>**Debtor(s)**<br><br>* * * * * * * *<br><br>Capital One Auto Finance, a division of Capital One, N.A.<br><br>Movant<br><br>v.<br><br>Yvette Mallory - Debtor<br><br>Wendell W. Webster - Chapter 7 Trustee<br><br>Respondents | CASE NO.: 24-00066-ELG<br><br>(Chapter 7) |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO
MOTION SEEKING RELIEF FROM AUTOMATIC STAY
AND TO RECLAIM PROPERTY**

Capital One Auto Finance, a division of Capital One, N.A. has filed with the Court a Motion Seeking Relief from The Automatic Stay of 11 U.S.C. §362(a) so it may repossess and sell one 2016 Acura TLX Sedan 4D 3.5L V6. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the Court to terminate the automatic stay, or if you want the Court to consider your reviews on the Motion Seeking Relief From Automatic Stay And To Reclaim Property, then, on or before July 19, 2024, you or your attorney must file with the Court a written objection to the Motion Seeking Relief From Automatic Stay And To Reclaim Property, together with the proposed order required by Local Bankruptcy Rule 9072-1.

The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Michael J. Klima, Jr., Esquire

8028 Ritchie Hwy, Ste. 300

Pasadena, MD 21122

Attorney for Capital One Auto Finance, a division of Capital One, N.A.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion Seeking Relief From Automatic Stay And To Reclaim Property and may enter an order granting relief. The Court may grant the Motion Seeking Relief From Automatic Stay And To Reclaim Property without a hearing if the objection filed states inadequate grounds for denial of the Motion Seeking Relief From Automatic Stay And To Reclaim Property.

DATED: July 2, 2024                    Respectfully submitted:

*/s/ Michael J. Klima, Jr.*
Michael J. Klima, Jr.
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Capital One Auto Finance, a division of Capital One, N.A.