# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Yvette Mallory<br><br>  **Debtor(s)** | CASE NO.: 24-00066-ELG<br><br>(Chapter 7) |
| Capital One Auto Finance, a division of Capital One, N.A.<br><br>  Movant<br><br>v.<br><br>Yvette Mallory - Debtor<br><br>Wendell W. Webster - Chapter 7 Trustee<br><br>  Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief from Automatic Stay and to reclaim property filed by Capital One Auto Finance, a division of Capital One, N.A. with regard to the vehicle

of which it is the owner and lessor, namely, one 2016 Acura TLX Sedan 4D 3.5L V6, serial number 19UUB2F30GA000692, and upon consideration of any opposition filed to said Motion, it is, by the United States Bankruptcy Court for the District of Columbia, ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow Capital One Auto Finance, a division of Capital One, N.A. to recover and sell the above-described vehicle; and

2. That upon the sale of said vehicle by Movant, Capital One Auto Finance, a division of Capital One, N.A. shall provide an accounting of said sale to the Respondent, Yvette Mallory.

The relief ordered herein is requested by the Movant, Capital One Auto Finance, a division of Capital One, N.A., by and through its counsel:

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280

cc:    Michael J. Klima, Jr.
       8028 Ritchie Highway, Ste. 300
       Pasadena, MD 21122
       (410) 768-2280
       JKlima@KPDLawgroup.com
       Attorney for Capital One Auto Finance,
       a division of Capital One, N.A.

       Yvette Mallory
       2106 Savannah Terrace SE, Apt. D
       Washington, DC 20020

       Keith Terrell Wanzor 2106
       Savannah Ter Se #D
       Washington, DC, 20020

       Maurice Belmont VerStandig
       The VerStandig Law Firm, LLC
       9812 Falls Road, #114-160
       Potomac, MD 20854

       Wendell W. Webster
       1101 Connecticut Avenue, NW, Suite 402
       Washington, DC 20036
       wwebster@websterfredrickson.com

**End of Order**