### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA



IN RE:

Yvette Mallory

                                                    CASE NO.: 24-00066-ELG

                                                    (Chapter 7)

**Debtor(s)**

Capital One Auto Finance, a division of Capital One, N.A.

        Movant

    v.

Yvette Mallory – Debtor

Wendell W. Webster - Chapter 7 Trustee

        Respondents

## CERTIFICATION OF SERVICE

I, Michael J. Klima, Jr. of 8028 Ritchie Highway, Ste. 300, certify that I am, and at all times hereinafter mentioned was, 18 years of age or older; and

That on the 2nd day of July 2024, a copy of the foregoing Motion Seeking Relief from Automatic Stay and to reclaim property, Notice of Preliminary Hearing, Notice of Deadline to File and Serve Objection to Motion, and proposed Order on the Respondent in this proceeding:

Yvette Mallory
2106 Savannah Terrace SE, Apt. D
Washington, DC 20020

Keith Terrell Wanzor
2106 Savannah Ter Se #D
Washington, DC, 20020

and on the Respondent's counsel and the Chapter 7 Trustee:

Maurice Belmont VerStandig

The VerStandig Law Firm, LLC

9812 Falls Road, #114-160

Potomac, MD 20854

Wendell W. Webster

1101 Connecticut Avenue, NW, Suite 402

Washington, DC 20036

wwebster@websterfredrickson.com

by first class mail, postage prepaid, pursuant to F.R.Bankr.P. 7004.

   I certify under penalty of perjury that the foregoing is true and correct.

Executed on: July 2, 2024                    Respectfully submitted:

                                            /s/ Michael J. Klima, Jr.
                                            Michael J. Klima, Jr.
                                            8028 Ritchie Highway, Ste. 300
                                            Pasadena, MD 21122
                                            (410) 768-2280
                                            JKlima@KPDLawgroup.com
                                            Attorney for Capital One Auto Finance, a
                                            division of Capital One, N.A.