The order below is hereby signed.

Signed: August 1 2024



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | CASE NO.: 24-00066-ELG |
| Yvette Mallory | (Chapter 7) |
| **Debtor(s)** | |
| Capital One Auto Finance, a division of Capital One, N.A. | |
| Movant | |
| v. | |
| Yvette Mallory - Debtor | |
| Wendell W. Webster - Chapter 7 Trustee | |
| Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief from Automatic Stay and to reclaim property filed by Capital One Auto Finance, a division of Capital One, N.A. with regard to the vehicle

of which it is the owner and lessor, namely, one 2016 Acura TLX Sedan 4D 3.5L V6, serial number 19UUB2F30GA000692, and upon consideration of any opposition filed to said Motion, it is, by the United States Bankruptcy Court for the District of Columbia, ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow Capital One Auto Finance, a division of Capital One, N.A. to recover and sell the above-described vehicle; and

2. That upon the sale of said vehicle by Movant, Capital One Auto Finance, a division of Capital One, N.A. shall provide an accounting of said sale to the Respondent, Yvette Mallory.

The relief ordered herein is requested by the Movant, Capital One Auto Finance, a division of Capital One, N.A., by and through its counsel:

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280

cc:     Michael J. Klima, Jr.
        8028 Ritchie Highway, Ste. 300
        Pasadena, MD 21122
        (410) 768-2280
        JKlima@KPDLawgroup.com
        Attorney for Capital One Auto Finance,
        a division of Capital One, N.A.

        Yvette Mallory
        2106 Savannah Terrace SE, Apt. D
        Washington, DC 20020

        Keith Terrell Wanzor 2106
        Savannah Ter Se #D
        Washington, DC, 20020

        Maurice Belmont VerStandig
        The VerStandig Law Firm, LLC
        9812 Falls Road, #114-160
        Potomac, MD 20854

        Wendell W. Webster
        1101 Connecticut Avenue, NW, Suite 402
        Washington, DC 20036
        wwebster@websterfredrickson.com

**End of Order**