The order below is hereby signed.

Signed: August 1 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                         *

                                               *     CASE NO.: 24-00066-ELG

Yvette Mallory                                 *

                                               *     (Chapter 7)

                              **Debtor(s)**    *

  *   *   *   *   *   *   *   *                 *

                                               *

                                               *

Capital One Auto Finance, a division of Capital   *

One, N.A.                                      *

                                               *

                                               *

            Movant                             *

                                               *

        v.                                     *

                                               *

Yvette Mallory - Debtor                        *

                                               *

Wendell W. Webster - Chapter 7 Trustee         *

                                               *

            Respondents                        *

                                               *

  *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief from Automatic Stay and to reclaim property

filed by Capital One Auto Finance, a division of Capital One, N.A. with regard to the vehicle

of which it is the owner and lessor, namely, one 2016 Acura TLX Sedan 4D 3.5L V6, serial

number 19UUB2F30GA000692, and upon consideration of any opposition filed to said

Motion, it is, by the United States Bankruptcy Court for the District of Columbia, ORDERED:

1.    That the automatic stay be, and it hereby is, terminated to allow Capital One Auto

Finance, a division of Capital One, N.A. to recover and sell the above-described vehicle; and

2.    That upon the sale of said vehicle by Movant, Capital One Auto Finance, a

division of Capital One, N.A. shall provide an accounting of said sale to the Respondent, Yvette

Mallory.

The relief ordered herein is requested by the Movant, Capital One Auto Finance, a division of

Capital One, N.A., by and through its counsel:


/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280

cc:     Michael J. Klima, Jr.
        8028 Ritchie Highway, Ste. 300
        Pasadena, MD 21122
        (410) 768-2280
        JKlima@KPDLawgroup.com
        Attorney for Capital One Auto Finance,
        a division of Capital One, N.A.


        Yvette Mallory
        2106 Savannah Terrace SE, Apt. D
        Washington, DC 20020

        Keith Terrell Wanzor 2106
        Savannah Ter Se #D
        Washington, DC, 20020

        Maurice Belmont VerStandig
        The VerStandig Law Firm, LLC
        9812 Falls Road, #114-160
        Potomac, MD 20854

        Wendell W. Webster
        1101 Connecticut Avenue, NW, Suite 402
        Washington, DC 20036
        wwebster@websterfredrickson.com


**End of Order**

United States Bankruptcy Court

District of Columbia

In re:                                                                    Case No. 24-00066-ELG

Yvette Mallory                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                 User: admin                          Page 1 of 1

Date Rcvd: Aug 01, 2024              Form ID: pdf001                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette Mallory, 2106 Savannah Terrace SE, Apt. D, Washington, DC 20020-2100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Yvette Mallory mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael J Klima | on behalf of Creditor Capital One  a Division of Capital One, N.A. jklima@kpdlawgroup.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 4