| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Yvette Mallory<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5222<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | |
| Case number: | 24–00066–ELG | |

# Order of Discharge                                                                                       12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Yvette Mallory

<u>8/2/24</u>                                                                  **By the court:**  <u>Elizabeth L. Gunn</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Columbia

In re: Case No. 24-00066-ELG
Yvette Mallory Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 3
Date Rcvd: Aug 02, 2024     Form ID: 318     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette Mallory, 2106 Savannah Terrace SE, Apt. D, Washington, DC 20020-2100 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 776098 | | Elizabeth River Tunnels, CCS PO Box 710, Norwood, MA 02062 |
| 776099 | + | Equity Management II LLC, 2106 Savannah Terr SE #D, Washington, DC 20020-2100 |
| 776104 | + | GWU Medical Faculty Associates, PO Box 392187, Pittsburgh, PA 15251-9187 |
| 776100 | | George Washington University Hospital, Attn: Customer Service/ Correspondence S, UHS Atlantic Region Central Business Off, Richmond, VA 23227 |
| 776115 | + | Unity Health Care Inc, PO Box 43564, Washington, DC 20010-9564 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: DCGOVT | Aug 03 2024 01:45:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 02 2024 21:42:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 02 2024 21:38:08 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Aug 02 2024 21:38:09 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 02 2024 21:42:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | EDI: AISACG.COM | Aug 03 2024 01:45:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Aug 02 2024 21:38:10 | Capital One, a Division of Capital One, N.A., c/o Michael J. Klima, Jr., Klima, Peters & Daly, P.A., 8028 Ritchie Hwy, Suite 300, Pasadena, MD 21122-1360 |
| 776090 | + | EDI: AARGON.COM | Aug 03 2024 01:45:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 776094 | + | EDI: CCS.COM | Aug 03 2024 01:45:00 | CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 776092 | + | EDI: CAPITALONE.COM | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 03 2024 01:45:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 776093 | + | EDI: CAPONEAUTO.COM | Aug 03 2024 01:45:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 776392 | + | EDI: AISACG.COM | Aug 03 2024 01:45:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 776095 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 02 2024 21:42:00 | Credit Acceptance Corp, Attn: Bankruptcy, 25505 West 12 Mile Road Ste. 3000, Southfield, MI 48034-8331 |
| 776096 | + | EDI: DCGOVT | Aug 03 2024 01:45:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776096 | + | Email/Text: angela.coleman@dc.gov | Aug 02 2024 21:42:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776101 | + | Email/Text: notificationemail.atlcbo@uhsinc.com | Aug 02 2024 21:42:00 | George Washington University Hospital, 900 23rd St NW, Washington, DC 20037-2342 |
| 776106 | | EDI: IRS.COM | Aug 03 2024 01:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 776108 | ^ | MEBN | Aug 02 2024 21:38:09 | JP RMP, PO Box 16749, Rocky River, OH 44116-0749 |
| 776107 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Aug 02 2024 21:42:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd., Suite 200, Twinsburg, OH 44087-1900 |
| 776109 | | Email/Text: govtaudits@labcorp.com | Aug 02 2024 21:42:00 | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216 |
| 776110 | | Email/Text: Bankruptcy@medstar.net | Aug 02 2024 21:42:00 | MedStar Health, PO Box 411019, Boston, MA 02241 |
| 776111 | | Email/Text: EBN@Mohela.com | Aug 02 2024 21:42:00 | Mohela/ Department of Education, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 776112 | + | EDI: NFCU.COM | Aug 03 2024 01:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 776113 | + | Email/Text: Bankruptcy_General@pepco.com | Aug 02 2024 21:42:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |
| 776114 | + | EDI: SYNC | Aug 03 2024 01:45:00 | Synch/ Car Care Bruneel, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 776091 | | Astound Broadband, Powered by RCN |
| 776102 | | GW Medical Fac. Assoc |
| 776103 | | GW Medical Fac. Assoc. |
| 776097 | *+ | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776105 | *+ | GWU Medical Faculty. Associates, PO Box 392187, Pittsburgh, PA 15251-9187 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2024 | Form ID: 318 | Total Noticed: 30 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2024                                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2024 at the address(es) listed below:

**Name**              **Email Address**

Maurice Belmont VerStandig
on behalf of Debtor Yvette Mallory mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael J Klima
on behalf of Creditor Capital One  a Division of Capital One, N.A. jklima@kpdlawgroup.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 4